4/16/70   ORDER TO SHOW CAUSE AND NOTICE OF HEARING - May 22, 1970 in Wash., D.C.
          (Copies to counsel by certified mail, return receipt requested;
          copies to transferor judges and hearing clerk)

4/24/70 **1** Filed motion by pl. Duplan Corp. to vacate 4/16/70 Show Cause Order and
          Notice of Hearing (Copy of J. Pettine's Opinion (R.I.) attached.

5/1/70 **2** Filed ltr dtd 5/1/70 fr. Leesona Corp. advisng additional actions to be filed
          and may warrant Panel action within next few weeks.

55/70     Entered ORDER VACATING 4/16/70 ORDER TO SHOW CAUSE AND NOTICE OF HEARING.
          Copies to involved counsel; transferor judges; hearing clerk and ct. rptr.

5/6/70 **3** Filed response of plaintiff Texfi Industries, Inc. to SCO.

DOCKET NO. 44

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

*NT - 5/5/70*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | J. P. Stevens & Co., Inc. v. Leesona Corporation | M.D. N. C. C-220-G-69 | ~~~~ | | |
| A-2 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4207 | | | |
| A-3 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4208 | | | |
| A-4 | Burlington Industries, Inc. v. *PL* Leesona Corporation | Rhode Island 4209 | | | |
| A-5 | Atwater Throwing Company, Inc. v. *PL* Leesona Corporation | Rhode Island 4210 | | | |
| A-6 | Klopman Mills, Inc. v. *PL* Leesona Corporation | Rhode Island 4211 | | | |
| A-7 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4213 | | | |
| A-8 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4217 | | | |
| A-9 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4218 | | | |
| A-10 | Leesona Corporation v. Concordia Mfg. Company, Inc., et al. | Rhode Island 4219 | | | |
| A-11 | International Yarn Corporation v. *PL* Leesona Corporation | Rhode Island 4222 | | | |
| A-12 | Kayser-Roth Corporation, etc. v. Leesona Corporation | E.D. N.Y. 69 C 1084 | Dooling | | |
| A-13 | The Duplan Corporation v. Leesona Corporation | E.D. N.Y. 69 C 1328 | " | | |
| A-14 | Klopman Mills, Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1342 | " | | |
| A-15 | Burlington Industries, Inc., et al. v. Leesona Corporation | E.D. N.Y. 69 C 1343 | " | | |
| A-16 | MacAndrews & Forbes Company, Inc., d/b/a Mafco Textured Fibers Division v. Leesona Corporation | E.D. N.Y. 69 C 1356 | " | | |

DOCKET NO. 44

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-17 | Kahn & Feldman, Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1357 | Dooling | | |
| A-18 | Texfi Industries, Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1375 | " | | |
| A-19 | Universal Textured Yarns, Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1382 | " | | |
| A-20 | National Spinning Co., Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1386 | " | | |
| A-21 | Alba-Waldensian, Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1401 | " | | |
| A-22 | Sapona Manufacturing Co., Inc. v. Leesona Corporation | E.D. N.Y. 69 C 1402 | " | | |
| A-23 | Stonecutter Mills Corporation v. Leesona Corporation | E.D. N.Y. 69 C 1496 | " | | |
| A-24 | Sauquoit Fibers Company v. Leesona Corporation | E.D. N.Y. 69 C 1516 | " | | |
| A-25 | Texlon Corporation v. Leesona Corporation | E.D. N.Y. 69 C 1600 | " | | |
| A-26 | Glen Raven Mills, Inc. v. Leesona Corporation | E.D. N.Y. 70 C 59 | " | | |
| A-27 | Gold Mills, Inc. v. Leesona Corporation | E.D. N.Y. 70 C 117 | " | | |
| A-28 | Rudin and Roth, Inc. v. Leesona Corporation | E.D. N.Y. 70 C 131 | " | | |
| A-29 | Belmont Throwing Corporation v. Leesona Corporation | E.D. N.Y. 70 C 164 | " | | |
| A-30 | Collins & Aikman Corporation v. Leesona Corporation | E.D. N.Y. 69 C 1504 | " | | |

DOCKET NO. 44

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XYZ-1 | Leon-Ferenbach Inc. v. Leesona Corp. | N.Y., E. 70C 529 | Dooling | | |
| XYZ-2 | Madison Throwing Co., Inc., Etc. v. Leesona Corp. | N.Y., E. 70C 530 | " | | |
| XYZ-3 | Penn-Dale Knitting Mills, Inc. v. Leesona Corp. | N.Y., E. 70C 544 | " | | |
| XYZ-4 | Penn-Grove, Inc. v. Leesona Corp. | N.Y., E. 70C 545 | " | | |
| XYZ-5 | Carolina Throwing Co., Inc. v. Leesona Corp. | N.Y., E. 70C 554 | " | | |
| XYZ-6 | Sondra Manuf. Co., Inc. v. Leesona Corp. | N.Y., E. 70C 569 | " | | |
| XYZ-7 | Beaunit Corp. v. Leesona Corp. | N.Y., E. 70C 617 | " | | |
| B-1 | Sauquoit Fibers Company v. Leesona Corp., et al. | E.D. Pa. 70-1728 | Davis | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Thornton H. Brooks, Esquire<br>C. T. Leonard, Jr., Esquire<br>Post Office Drawer U<br>Greensboro, N. C. 27402 | Charles R. Rhodes, Esquire<br>Post Office Box 2974<br>Greensboro, N. C. 27402 |
| A-2 | Edward F. Hindle, Esquire<br>John V. Kean, Esquire<br>James P. Kelly, Esquire<br>1109 Hospital Trust Building<br>Providence, Rhode Island | J. P. Stevens & Co., Inc.<br>   Edward J. Regan, Esquire<br>   1130 Hospital Trust Bldg.<br>   Providence, Rhode Island<br><br>Grove Silk Co.<br>   DeWitte T. Kersh, Esquire<br>   Edwin H. Hastings, Esquire<br>   1030 Hospital Trust Bldg.<br>   Providence, Rhode Island<br><br>Hnoaver Mills<br>   Coleman B. Zimmerman, Esquire<br>   1024 Hospital Trust Building<br>   Providence, Rhode Island<br><br>Penn-Carol Hosiery Mills, Inc.<br>Oscar Heineman Corp.<br>Beck Kleinman Corp.<br>   Herbert B. Barlow, Jr., Esquire<br>   2005 Industrial Bank Building<br>   Providence, Rhode Island |
| A-3 | Same as A2 above (Hindle, etc.) | Kayser-Roth Corp.<br>   Same as A2, Grove Silk (Hastings)<br>Grove Silk Co.<br>   Same as A2 (Kersh)<br>Penn-Carol Hosiery Mills, Inc.<br>Oscar Heineman Corp.<br>Beck Kleiman Corp.<br>   Same as A2 (Barolow) |
| A-4 | Same as A2 above (Hindle, etc.) | Burlington Industries<br>   Same as A2 (Grove Silk) (Hastings&Ker<br>Penn-Carol Hosiery Mills, Inc., Oscar<br>Heineman Corp., Beck Kleiman Corp.<br>   Same as A-2 above (Barolow) |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5 | Same as A2 above (Hindle, etc.) | <u>Atwater Throwing Co., Inc.</u><br>  Same as A2, Grove Silk (Hastings &Kersh<br>Penn-Carol; Heineman Corp; Kleiman<br>  Same as A2 (Barlow) |
| A-6 | Same as A2 above (Hindle, etc.) | <u>Klopman Mills, Inc.</u><br>  Same as A2 (Grove Silk)Hastings & Kersh<br>Penn-Carol; Heineman Corp.;Kleiman Corp.<br>  Same as A2 (Barlow) |
| A-7 | Same as A2 above (Hindle, etc.) | <u>Concordia Mfg. Co., Inc.</u><br>  Richard B. Carpenter, Esquire<br>  Harry W. Asquith, Esquire<br>  Henry M. Swan, Esquire<br>911 Turks Head Building<br>Providence, Rhode Island |
| A-8 | Same as A2 above (Hindle, etc.) | <u>Sauquoit Fiber Co., Inc.</u><br>  Eustace T. Pliakas, Esquire<br>  Owen P. Reid, Esquire<br>  Edward J. Regan, Esquire<br>  1130 Hospital Trust Building<br>  Providence, Rhode Island |
| A-9 | Same as A2 above (Hindle, etc.) | <u>Monarch Processing Co.</u><br>  Same as A8 (Sququoit) Pliakas, etc. |
| A-10 | Same as A2 above (Hindle, etc.) | <u>Concordia Mfg. Co.</u><br>  Same as A2 (Grove) Hastings & Kersh<br><u>Firestone Tire & Rubber Co.</u><br>  Same as A2 (grove)<br><u>Hanover Mills</u><br>  Same as A2 (Zimmerman)<br><u>Woonsocket Textiles, Inc.</u><br>  Lewis Z. Lavine, Esquire<br>  Omer A. Sutherland, Esquire<br>  58 Hamlet Avenue<br>  Woonsocket, Rhode Island |
| A-11 | Same as A2 above (Hindle, etc.) | <u>International Yarn Corporation</u><br>  Mortyn K. Zietz, Esquire<br>  Lawrence S. Gates, Esquire<br>  111 Wayland Avenue<br>  Providence, Rhode Island |

DOCKET NO. 44

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

| No. | Plaintiff | Defendant |
|---|---|---|
| A-12 | Blum, Moscovitz, Friedman & Kaplan<br>555 Madison Avenue<br>New York, New York 10022 | William Schultz, Esquire<br>20 Broad Street<br>New York, New York |
| A-13 | Willkie, Farr & Gallagher<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Kurt Shaffert, Esquire<br>Shaffert and Miller<br>1000 Connecticut Avenue<br>Washington, D.C. 20036<br>(LEESONA CORP.) |
| A-14<br>A-15 | Parr, Doherty, Polk & Sargent<br>80 Broad Street<br>New York, New York 10004 | |
| A-16<br>A-17 | Same as A-12 above (Blum firm)<br>"       "    "       " | |
| A-18 | Samuel N. Greenspan, Esquire<br>Eaton & Van Winkle<br>201 E. 42nd Street<br>New York, New York 10017 | |
| A-19 | Pell & Le Viness<br>375 Park Avenue<br>New York, New York 10022 | |
| A-20 | Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022 | |
| A-21<br>A-22 | Same as A-13 above (Willkie firm)<br>"       "    "       " | |
| A-23 | Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York 10022 | |
| A-24 | Byrne & Starkey<br>32 Court Street<br>Brooklyn, New York | |
| A-25 | Same as A-20 above (Kaye firm) | |
| A-26<br>A-27 | Otterbourg, Steindler, Houston & Rosen<br>230 Park Avenue<br>New York, New York 10017 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-28 | Same as A-12 above (Blum Firm) | |
| A-29 | Same as A-13 above (Willkie firm) | |
| A-30 | Davis, Hoxie, Faithfull & Hapgood<br>30 Broad Street<br>New York, New York  10004 | |
| XYZ-1 | Cushman, Darby & Cushman<br>730 - 15th St., N.W.<br>Washington, D.C. 20005<br><br>Whitman & Ransom<br>80 Broad St.,<br>New York, New York 10004 | |
| XYZ-2 | Same as above (Cushman & Whitman | |
| XYZ-3 | ~~Friedman & Kaplan~~<br>~~555 Madison Ave.~~    (SAME AS A-12)<br>~~New York, New York~~ 10022<br><br>William J. Ruano<br>102 St. Clair Bldg.<br>Pittsburgh, Penn. 15241 | |
| XYZ-4 | Same as above (Kaplan and Ruano) | |
| XYZ-5 | ~~Willkie Farr & Gallagher~~<br>~~1 Chase Manhattan Plaza~~<br>~~New York, New York 10005~~ (SAME AS A-13)<br><br>Parrott, Bell, Seltzer, Park & Gibson<br>Johnston Bldg.<br>Charlotte, N.C. 28202 | |
| XYZ-6 | Efron and Black<br>502 Turner St.<br>Allentown, Pennsylvania<br>Also same as above (Gallagher Esq.) | |
| XYZ-7 | Joseph S. Lobenthal, Esq.<br>Waldman & Lobenthal<br>15 Park Row<br>New York, New York 10038<br><br>S. David Harrison, Esq.<br>Beaunit Corp.<br>261 Madison Ave.<br>New York, New York 10016<br><br>Donald E. Gillespie, Esq.<br>Beaunit Corp.<br>P. O. Box 12234<br>Research Triangle Park, N.C. 27709 | |

| No. | Plaintiff | Defendant |