*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 5 1970

DOCKET NO. 44

PATRICIA D. HOWARD
CLERK OF THE PANEL



BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT PATENT LITIGATION INVOLVING LEESONA

### ORDER

All ten actions pending in the District of Rhode Island at the time the April 16, 1970 Order to Show Cause was entered having been dismissed and the single action pending in the Middle District of North Carolina having been stayed by stipulation of the parties,

IT IS ORDERED that said Show Cause Order and the hearing set for May 22, 1970 be and the same are hereby VACATED.

This order is without prejudice to the right of any party to file a motion under 28 U.S.C. §1407 and does not preclude future consideration of transfer under section 1407 by the Panel on its own initiative if circumstances should later warrant.

FOR THE PANEL:

Alfred P. Murrah
Chairman